14371

KERR v. CLEVELAND

(188 S. E., 370)

30

*Messrs. A. C. Platt* and *J. C. Wrightson,* for appellant,

*Messrs. Perrin & Tinsley,* for respondent,

November 7, 1936.

The opinion of the Court was delivered by MR. JUSTICE BONHAM.

The Court is in full accord with the findings and conclusions reached by Judge Merchant of the Spartanburg County Court, before whom the rule to show cause was heard. Accordingly, the exceptions are overruled, and the order appealed from is affirmed.

Let it be reported.

MR. CHIEF JUSTICE STABLER, MESSRS. JUSTICES FISHBURNE and BAKER and MR. ACTING ASSOCIATE JUSTICE A. L. GASTON concur.